IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

            Plaintiff,                          ORDER

v.

                                            17-cr-60-wmc

JUSTIN KOHL,

            Defendant.

---

A final hearing was held yesterday in the above-captioned matter; the government appeared by assistant United States Attorneys Diane Schipper and Dave Reinhard; defendant appeared in person and by Rob Ruth. The court made several rulings on the record, and consistent with those rulings,

ORDER

IT IS ORDERED that:

1. The government's motions in limine 1 (dkt. #36) and 2 (dkt. #37) are GRANTED.

2. The government's motion in limine 3 (dkt. #38) is GRANTED in part and DENIED in part. The motion is GRANTED with respect to the government's request to exclude evidence of a co-conspirator's possible maximum sentence, and DENIED with respect to the request to exclude evidence of a co-conspirator's mandatory minimum sentence.

3. Defendant's first and second motions in limine (dkts. ##42, 47) are GRANTED in part and DENIED in part. While the court will not exclude this evidence, the current trial date will be struck to give defense counsel adequate time to review the recently disclosed materials and prepare for trial.

1

4. The court RESERVES as to defendant's request for the criminal history and offense conduct set forth in co-conspirators Olivia Halvorson's and Brandon Frank's (dkt. #45), and will issue an opinion resolving this request shortly.

5. The January 22, 2018, trial date is hereby STRICKEN, and the trial is reset for April 9, 2018, at 9:00 a.m., with a final hearing to take place that morning at 8:30 a.m., and a telephonic conference to take place on April 5, 2018, at 3:00 p.m, for any remaining issues before trial, including the government's *Santiago* proffer.

Entered this 17th day of January, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge