IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUSTIN KOHL,

    Defendant.

VERDICT

17-cr-60-wmc

---

## COUNT 1

I, in the above-entitled cause, find the defendant, Justin Kohl,

_____Guilty_____
("Guilty" or "Not Guilty")

of the offense charged in Count 1 of the indictment.

### Special Verdict Question for Count 1

Answer this special verdict question only if you found the defendant guilty of Count 1:

Did the conspiracy involve 50 grams or more of a mixture or substance containing a detectible amount of methamphetamine?

_____No_____
("Yes" or "No")

## COUNT 2

I, in the above-entitled cause, find the defendant, Justin Kohl,

___Guilty___
("Guilty" or "Not Guilty")

of the offense charged in Count 2 of the indictment.

## COUNT 3

I, in the above-entitled cause, find the defendant, Justin Kohl,

___Guilty___
("Guilty" or "Not Guilty")

of the offense charged in Count 3 of the indictment.

William M. Conley
District Judge

Madison, Wisconsin
Date: April 13, 2018

19